UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>LONG FAMILY INVESTMENT GROUP, LLC,<br><br>    Defendant. | Case No. 18-cv-07528-SVK<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

On October 24, 2019, due to inactivity in this case, the Court ordered Plaintiff to file a status report no later than November 7, 2019. Dkt. 10. Plaintiff failed to comply with that order because he failed to file a status report by the deadline. Accordingly, on November 14, 2019, the Court issued an Order to Show Cause re Dismissal. Dkt. 11. On November 22, 2019, Plaintiff filed a motion for entry of default as to defendant Long Family Investment Group LLC (Dkt. 12) and a response to the November 14 OSC, stating that he would file a request for entry of default judgment "shortly after the Clerk enters default" (Dkt. 13). The clerk issued the requested default on November 25, 2019. Dkt. 14. On the same date, the Court issued an Order re Response to Order to Show Cause, ordering Plaintiff to file a motion for default judgment no later than December 6, 2019. Dkt. 15.[1] As of the date of this order, Plaintiff has not filed a motion for default judgment.

Accordingly, the Court hereby ORDERS Plaintiff to appear on **January 14, 2020 at 10:00 a.m.** and show cause, if any, why the Court should not issue an order reassigning this case to a District

////

////

---

[1] The docket text for the November 25 order incorrectly identified the deadline for the motion for default judgment as December 9, 2019.

Judge along with a report and recommendation that the case be dismissed for failure to prosecute. Additionally, Plaintiff shall file a statement in response to this Order no later than **January 7, 2020**.

**SO ORDERED.**

Dated: December 16, 2019

*Susan van Keulen*
SUSAN VAN KEULEN
United States Magistrate Judge